## Transfer of Jurisdiction

| | |
|---|---|
| Case Number (Trans. Court) | 2:15-CR-00091-D-BB(2) |
| Case Number (Rec. Court) | 0:17-CR-00045-MJD |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| My Yee Xiong | Northern District of Texas | Amarillo |

| Name of Sentencing Judge |
|---|
| The Honorable Sidney A. Fitzwater |

| Dates Of Probation/Supervised Release | From | To |
|---|---|---|
| | May 10, 2018 | May 9, 2022 |

Offense   Possession With Intent to Distribute 100 Kilograms or More of Marijuana and Aiding and Abetting 21 U.S.C. § 841(a)(1), 841(b)(1)(B)(vii), and 18 U.S.C. § 2

### PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Northern District of Texas**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the District of Minnesota, St. Paul Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 14, 2017
Date

*/s/ Sidney A. Fitzwater*
Judge Sidney A. Fitzwater, U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **District of Minnesota, St. Paul Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 8, 2017
Effective Date

s/Michael J. Davis
The Honorable Michael J. Davis
Senior U.S. District Judge